UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-through certificates, Series 2006-3

**Order Filed on December 16, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Timothy Alston,

Debtor.

Case No.: 17-33521 SLM

Adv. No.:

Hearing Date: 1/8/20 @ 10:00 a.m..

Judge: 17-33521 SLM

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 16, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Timothy Alston
Case No:  17-33521 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-through certificates, Series 2006-3, Denise Carlon appearing, upon a certification of default as to real property located at 123 Hickory Rd, union, NJ, 070831, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott E. Tanne, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 22, 2019, Debtor is due for the September 2019 through November 2019 post-petition payments for a total post-petition default of $11,349.40 (2 @ $3,130.62,1 @ $3,197.68 3 AO @ $1,130.16, $1,500.00 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $11,349.40 to be received immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments and cure payments from previous order are to resume December 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan and the certification is hereby resolved.