Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 17−33521−SLM
                            Chapter: 13
                            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy Alston
   123 Hickory Road
   Union, NJ 07083

Social Security No.:
   xxx−xx−6367

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*85* − Certification in Opposition to Certification of Default (related document:82 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 123 Hickory Rd, union, NJ, 07083. Fee Amount $ 181. filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−3, 73 Creditor's Certification of Default filed by Creditor U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass−through certificates, Series 2006−3, 78 Order (Generic)) filed by Denise E. Carlon on behalf of U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass−through certificates, Series 2006−3. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass−through certificates, Series 2006−3) filed by Scott E. Tanne on behalf of Timothy Alston. (Attachments: # 1 Certification Facsimile # 2 Certificate of Service) (Tanne, Scott)

Dated: 2/14/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court