Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−33521−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy Alston
   123 Hickory Road
   Union, NJ 07083

Social Security No.:
   xxx−xx−6367

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*85* − Certification in Opposition to Certification of Default (related document:82 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 123 Hickory Rd, union, NJ, 07083. Fee Amount $ 181. filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−3, 73 Creditor's Certification of Default filed by Creditor U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass−through certificates, Series 2006−3, 78 Order (Generic)) filed by Denise E. Carlon on behalf of U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass−through certificates, Series 2006−3. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass−through certificates, Series 2006−3) filed by Scott E. Tanne on behalf of Timothy Alston. (Attachments: # 1 Certification Facsimile # 2 Certificate of Service) (Tanne, Scott)

Dated: 2/14/20

                         Jeanne Naughton
                         Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 17-33521-SLM
Timothy Alston                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Feb 14, 2020
                            Form ID: ntchrgbk        Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db             +Timothy Alston,   123 Hickory Road,    Union, NJ 07083-6406
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 23:15:20
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 23:15:19
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust Mortgage Pass-through certificates, Series 2006-3
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust Mortgage Pass-through certificates, Series 2006-3
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-3
               nj.bkecf@fedphe.com
              Scott E. Tanne    on behalf of Debtor Timothy  Alston ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```