Order Filed on March 17, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* |
| In re:<br><br>Timothy Alston,<br>　　　　　　　　　　　　Debtor. |

Chapter 13

Case No. 17-33521-SLM

Hearing Date: March 10, 2021

Judge Stacey L. Meisel

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 17, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Timothy Alston
Case No.: 17-33521-SLM
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3, U.S Bank National Association, as Trustee ("Creditor"), and whereas the post-petition arrearage was $22,228.66 as of March 4, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **123 Hickory Rd., Union, New Jersey 07083** ("Property") provided that the Debtor complies with the following:

    a. On or before March 12, 2021, the Debtor shall file a modified plan providing for the curing and payment in full of the pre-petition arrearage, as well as the post-petition arrearage above, as well as all other amounts due on the underlying loan;

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the April 1, 2021 payment; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. If a modified plan is not filed on or before the date in Paragraph 1(a), this Order shall be deemed to grant Creditor immediate relief from the automatic stay under section 362 of the Bankruptcy Code to proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies with respect to the Property.

4. If the Debtor files the modified plan in the manner described in Paragraph 1(a) but subsequently fails to pay either the arrears and/or the contractual payments due to Creditor, and the Debtor fails to cure the payment default within thirty (30) days from the date of default, pursuant to Local Rule 9013-4(e), Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Christine F. Curran* | */s/Gavin N. Stewart, Esq.* |
| Christine F. Curran, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Scott E. Tanne, Esq., P.C. | Stewart Legal Group, P.L. |
| 4 Chatham Road | 401 East Jackson Street, Suite 2340 |
| Summit, NJ 07901 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |