Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 17-33521**

Re:   TIMOTHY ALSTON                                    Atty:   SCOTT E TANNE ESQ
      123 HICKORY ROAD                                          70 BLOOMFIELD AVE, SUITE 203
      UNION, NJ  07083                                          PINE BROOK, NJ  07058

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/13/2017 | $1,400.00 | 533783834 | 01/08/2018 | $1,640.00 | 4577860000 - |
| 02/14/2018 | $1,340.00 | 4669302000 - | 03/06/2018 | $1,340.00 | 4733777000 - |
| 04/16/2018 | $1,340.00 | 4835998000 | 05/07/2018 | $1,340.00 | 4895461000 |
| 06/18/2018 | $1,340.00 | 4997653000 | 07/16/2018 | $1,340.00 | 5073196000 |
| 08/13/2018 | $1,340.00 | 5148174000 | 09/17/2018 | $1,340.00 | 5236552000 |
| 10/15/2018 | $1,340.00 | 5310050000 | 11/19/2018 | $1,340.00 | 5402241000 |
| 12/17/2018 | $5,100.00 | 5470894000 | 01/07/2019 | $1,740.00 | 5524693000 |
| 01/14/2019 | $3,100.00 | 5540877000 | 02/01/2019 | $1,000.00 | 5586698000 |
| 02/25/2019 | $3,000.00 | 5644255000 | 03/05/2019 | $600.00 | 5680086000 |
| 03/18/2019 | $1,000.00 | 5707499000 | 03/27/2019 | $3,500.00 | 5731847000 |
| 04/23/2019 | $4,100.00 | 5801751000 | 05/20/2019 | $4,100.00 | 5870809000 |
| 06/18/2019 | $4,100.00 | 5947637000 | 07/29/2019 | $4,100.00 | 6044872000 |
| 08/21/2019 | $4,100.00 | 6111948000 | 09/16/2019 | $4,100.00 | 6176577000 |
| 10/16/2019 | $4,100.00 | 6257735000 | 11/20/2019 | $4,100.00 | 6343154000 |
| 12/19/2019 | $4,100.00 | 6415394000 | 01/31/2020 | $4,100.00 | 6521189000 |
| 02/18/2020 | $4,100.00 | 6564832000 | 03/30/2020 | $4,100.00 | 6670210000 |
| 04/27/2020 | $2,500.00 | 6740017000 | 05/26/2020 | $3,000.00 | 6811515000 |
| 06/22/2020 | $4,500.00 | 6880371000 | 07/22/2020 | $4,200.00 | 6956426000 |
| 08/21/2020 | $4,100.00 | 7027608000 | 09/25/2020 | $4,100.00 | 7109765000 |
| 10/26/2020 | $4,100.00 | 7178619000 | 11/24/2020 | $4,100.00 | 7256487000 |
| 12/31/2020 | $4,100.00 | 7343351000 | 02/01/2021 | $2,700.00 | 7418555000 |
| 04/19/2021 | $5,220.00 | 7608088000 | 05/24/2021 | $2,610.00 | 7689569000 |
| 06/28/2021 | $2,610.00 | 7768557000 | 08/02/2021 | $2,610.00 | 7848041000 |
| 08/30/2021 | $2,610.00 | 7909167000 | 10/04/2021 | $2,610.00 | 7989778000 |
| 10/27/2021 | $2,610.00 | 8039481000 | 11/15/2021 | $2,610.00 | 8082052000 |
| 01/18/2022 | $2,610.00 | 8212697000 | 02/14/2022 | $2,610.00 | 8273123000 |
| 03/14/2022 | $2,610.00 | 8339430000 | 04/18/2022 | $2,610.00 | 8410033000 |
| 06/13/2022 | $4,000.00 | 8524391000 | 07/18/2022 | $4,525.00 | 8592964000 |
| 08/15/2022 | $4,525.00 | 8648510000 | 10/17/2022 | $4,000.00 | 8771260000 |
| 11/14/2022 | $3,000.00 | 8825837000 | 01/17/2023 | $2,610.00 | 8940543000 |
| 03/17/2023 | $6,050.14 | 9060246000 | 04/03/2023 | $2,610.00 | 9086571000 |
| 05/15/2023 | $2,610.00 | 9166270000 | 07/18/2023 | $3,000.00 | 9281221000 |

**Chapter 13 Case # 17-33521**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/14/2023 | $3,000.00 | 9326551000 | 10/02/2023 | $1,712.00 | 9407386000 |
| 10/16/2023 | $3,300.00 | 9432430000 | 12/18/2023 | $3,706.00 | 9537657000 |
| 01/16/2024 | $3,800.00 | 9581872000 | 03/18/2024 | $3,500.00 | 9687272000 |
| 05/28/2024 | $9,997.00 | 9801563000 | 05/31/2024 | $105.34 | 9809037000 |
| 06/17/2024 | $2,912.00 | 9836219000 | 07/31/2024 | $2,900.00 | |
| 09/16/2024 | $2,000.00 | 9978547000 | 11/01/2024 | $2,900.00 | |
| 11/04/2024 | $3,848.00 | 1005523900 | | | |

**Total Receipts: $236,620.48  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $236,620.48**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 13,965.10 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 6,363.28 | 100.00% | 6,363.28 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | STATE OF NJ | PRIORITY | 6,584.76 | 100.00% | 6,237.57 | 347.19 |
| 0009 | UNITED STATES TREASURY/IRS | PRIORITY | 39,560.76 | 100.00% | 37,474.36 | 2,086.40 |
| 0010 | UNITED STATES TREASURY/IRS | UNSECURED | 3,050.59 | 100.00% | 0.00 | 3,050.59 |
| 0011 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 142,877.39 | 100.00% | 142,877.39 | 0.00 |
| 0012 | SHELLPOINT MORTGAGE SERVICING | (NEW) MTG Agree | 23,359.66 | 100.00% | 23,359.66 | 0.00 |

**Total Paid:  $230,277.36**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 03/05/2019 | ($6,167.23) | 0 | 03/18/2019 | $10,033.53 | 822074 |
| | 04/15/2019 | $3,394.80 | 824097 | 05/20/2019 | $4,243.50 | 826120 |
| | 06/17/2019 | $3,866.30 | 828071 | 07/15/2019 | $3,936.00 | 829933 |
| | 08/19/2019 | $3,936.00 | 831962 | 09/16/2019 | $3,516.79 | 833943 |
| | 09/16/2019 | $16.46 | 833943 | 10/21/2019 | $37.14 | 836005 |
| | 10/21/2019 | $7,937.36 | 836005 | 11/18/2019 | $3,868.70 | 838051 |
| | 11/18/2019 | $18.10 | 838051 | 01/13/2020 | $31.79 | 841823 |
| | 01/13/2020 | $3,855.01 | 841823 | 02/10/2020 | $3,456.50 | 843695 |
| | 02/10/2020 | $28.50 | 843695 | 03/16/2020 | $31.79 | 845628 |
| | 03/16/2020 | $3,855.01 | 845628 | 04/20/2020 | $3,855.01 | 847586 |
| | 04/20/2020 | $31.79 | 847586 | 05/18/2020 | $31.79 | 849394 |
| | 05/18/2020 | $3,855.01 | 849394 | 06/15/2020 | $1,834.37 | 851081 |
| | 06/15/2020 | $15.13 | 851081 | 07/20/2020 | $22.08 | 852938 |
| | 07/20/2020 | $2,677.92 | 852938 | 08/17/2020 | $4,128.46 | 854770 |
| | 08/17/2020 | $34.04 | 854770 | 09/21/2020 | $62.79 | 856636 |
| | 09/21/2020 | $7,614.71 | 856636 | 11/16/2020 | $3,761.48 | 859534 |
| | 11/16/2020 | $31.02 | 859534 | 12/21/2020 | $31.02 | 861346 |
| | 12/21/2020 | $3,761.48 | 861346 | 01/11/2021 | $3,761.48 | 863150 |
| | 01/11/2021 | $31.02 | 863150 | 02/22/2021 | $31.02 | 864798 |
| | 02/22/2021 | $3,761.48 | 864798 | 03/15/2021 | $2,477.07 | 866673 |
| | 03/15/2021 | $20.43 | 866673 | 06/21/2021 | $1,313.34 | 872021 |
| | 06/21/2021 | $2,614.14 | 872021 | 07/19/2021 | $1,632.99 | 873829 |
| | 07/19/2021 | $820.41 | 873829 | 08/16/2021 | $820.41 | 875515 |
| | 08/16/2021 | $1,632.99 | 875515 | 09/20/2021 | $1,632.99 | 877238 |
| | 09/20/2021 | $820.41 | 877238 | 10/18/2021 | $820.41 | 879022 |
| | 10/18/2021 | $1,632.99 | 879022 | 11/17/2021 | $1,650.36 | 880721 |

**Chapter 13 Case # 17-33521**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 11/17/2021 | $829.14 | 880721 | 12/13/2021 | $829.14 | 882351 |
| | 12/13/2021 | $1,650.36 | 882351 | 01/10/2022 | $1,650.36 | 884010 |
| | 01/10/2022 | $829.14 | 884010 | 03/14/2022 | $829.14 | 887404 |
| | 03/14/2022 | $1,650.36 | 887404 | 04/18/2022 | $3,326.79 | 889083 |
| | 04/18/2022 | $1,671.36 | 889083 | 06/20/2022 | $842.23 | 892474 |
| | 06/20/2022 | $1,676.42 | 892474 | 07/18/2022 | $2,302.28 | 894213 |
| | 07/18/2022 | $1,156.66 | 894213 | 09/19/2022 | $2,920.37 | 897370 |
| | 09/19/2022 | $5,812.87 | 897370 | 12/12/2022 | $2,515.98 | 902176 |
| | 12/12/2022 | $1,264.02 | 902176 | 01/09/2023 | $948.01 | 903662 |
| | 01/09/2023 | ($948.01) | 903662 | 01/09/2023 | $948.01 | 904808 |
| | 01/09/2023 | $1,886.99 | 903662 | 01/09/2023 | ($1,886.99) | 903662 |
| | 01/09/2023 | $1,886.99 | 904808 | 03/13/2023 | $1,641.68 | 906787 |
| | 03/13/2023 | $824.77 | 906787 | 04/17/2023 | $1,911.87 | 908352 |
| | 04/17/2023 | $3,805.51 | 908352 | 05/15/2023 | $1,641.68 | 909980 |
| | 05/15/2023 | $824.77 | 909980 | 07/17/2023 | $682.09 | 912951 |
| | 07/17/2023 | $1,357.66 | 912951 | 09/18/2023 | $3,734.03 | 915956 |
| | 09/18/2023 | $1,875.97 | 915956 | 11/13/2023 | $20.09 | 918881 |
| | 11/13/2023 | $39.99 | 918881 | | | |
| STATE OF NJ | | | | | | |
| | 06/18/2018 | $973.06 | 804931 | 08/20/2018 | $361.69 | 808806 |
| | 09/17/2018 | $185.44 | 810710 | 10/22/2018 | $185.44 | 812676 |
| | 11/19/2018 | $180.27 | 814579 | 11/13/2023 | $158.89 | 919673 |
| | 12/11/2023 | $433.13 | 921067 | 02/12/2024 | $486.42 | 923831 |
| | 03/11/2024 | $498.76 | 925269 | 05/10/2024 | $459.38 | 928154 |
| | 07/15/2024 | $1,268.79 | 931042 | 08/19/2024 | $775.24 | 932512 |
| | 10/21/2024 | $271.06 | 935373 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 06/18/2018 | $5,837.57 | 8000611 | 08/20/2018 | $2,173.59 | 8000686 |
| | 09/17/2018 | $1,114.36 | 8000724 | 10/22/2018 | $1,114.36 | 8000765 |
| | 11/19/2018 | $1,083.35 | 0 | 11/13/2023 | $954.84 | 8003857 |
| | 12/11/2023 | $2,602.87 | 8003904 | 02/12/2024 | $2,923.10 | 8003990 |
| | 03/11/2024 | $2,997.24 | 8004034 | 05/10/2024 | $2,760.62 | 8004124 |
| | 07/15/2024 | $7,624.72 | 8004209 | 08/19/2024 | $4,658.80 | 8004249 |
| | 10/21/2024 | $1,628.94 | 8004334 | | | |
| WELLS FARGO BANK, N.A. | | | | | | |
| | 02/11/2019 | $6,167.23 | 820539 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: November 14, 2024.

Receipts: $236,620.48    -    Paid to Claims: $209,948.98    -    Admin Costs Paid: $20,328.38    =    Funds on Hand: $6,343.12

Unpaid Balance to Claims: $5,484.18    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($858.94)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.