Certificate Number: 00437-NJ-DE-039295893

Bankruptcy Case Number: 17-33521



00437-NJ-DE-039295893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2025, at 2:19 o'clock PM MST, Timothy Alston completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 31, 2025

By:     /s/Kimberly Jackson

Name:   Kimberly Jackson

Title:   Accredited Financial Counselor